No. 25-2165

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,
*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medic aid Services,
*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Massachusetts
(No. 1:25-cv-12118-IT)

**MOTION OF THE AMERICAN CENTER FOR LAW AND JUSTICE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION TO STAY**

> Jordan A. Sekulow
> Olivia F. Summers
> Nathan J. Moelker
> AMERICAN CENTER FOR LAW & JUSTICE
> 201 Maryland Ave., NE
> Washington, DC 20002
> Telephone: (757) 955-8176
> Email: nmoelker@aclj.org
> *Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

The ACLJ is a non-profit legal corporation dedicated to the defense of constitutional liberties secured by law. The ACLJ has no parent corporation and issues no stock.

## AMERICAN CENTER FOR LAW & JUSTICE'S MOTION FOR LEAVE TO FILE CONSENTED-TO *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS

The American Center for Law and Justice ("ACLJ") respectfully moves for leave to file the accompanying amicus curiae brief in support of Defendants-Appellants' Motion to Stay.

Counsel for Plaintiffs-Appellees and Defendants-Appellants have both consented to the filing of the ACLJ's amicus brief. The ACLJ's proposed amicus brief is attached to this motion.

The ACLJ is an organization dedicated to the defense of constitutional liberties secured by law. The ACLJ has long been committed to ensuring that federal taxpayer dollars are not used to subsidize abortion providers such as Planned Parenthood. To that end, the ACLJ has represented parties and submitted amicus briefs in courts across the country, including before the Supreme Court of the United States, in cases concerning a variety of issues including constitutional questions related to abortion and the right to life.*,* as counsel for a party, e.g., *Bray v. Alexandria Women's Health Center*, 506 U.S. 263 (1985), or for amicus, e.g., *Dobbs*

*v. Jackson Women's Health Org.*, 597 U.S. 215 (2022); *Medina v. Planned Parenthood S. Atl.*, 145 S. Ct. 2219 (2025). The ACLJ has also actively engaged in legislative and legal advocacy to end the misuse of federal funds that indirectly or directly support the abortion industry.

The ACLJ has a fundamental interest in maintaining the integrity of the founders' constitutional design, and here, supporting the authority of Congress to administer federal funding and prevent it from being used for abortion. "The principle of separation of powers was not simply an abstract generalization in the minds of the Framers: it was woven into the document that they drafted in Philadelphia in the summer of 1787." *Buckley v. Valeo,* 424 U.S. 1, 124 (1976). Because this case implicates whether Planned Parenthood may continue to receive federal funds despite longstanding concerns about the use of such funding to subsidize abortion activities, the ACLJ has a direct interest in supporting the Defendants-Appellants' position.

The ACLJ's perspective on taxpayer funding of abortion will aid the Court's consideration of the issues raised in this appeal. The ACLJ's proposed amicus brief makes three principal contributions to the Court's consideration of this case. First, there is no constitutional right to taxpayer subsidies for abortion providers; Congress has full discretion to direct funds toward protecting life rather than subsidizing abortion. Second, Section 71113 provides clear and sufficient notice to States under

the Spending Clause. Third, compelling Congress to subsidize Planned Parenthood would usurp the legislature's exclusive power of the purse and violate the separation of powers. These arguments directly address the issues before the Court in considering a stay and provide essential context supporting Defendants-Appellants' position.

The ACLJ's Amicus Brief is filed in compliance with the requirements of Fed. R. App. P. 32.

Dated December 17, 2025      Respectfully submitted,

/s/ Nathan J. Moelker
Nathan J. Moelker
Jordan A. Sekulow
Olivia F. Summers
THE AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (757) 955-8176
Facsimile: (202) 546-9309
Email: nmoelker@aclj.org

*Counsel for proposed amicus curiae*

# CERTIFICATE OF COMPLIANCE

**with type volume limit, typeface Requirements and type-style requirements**

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 498 words.

In accord with Fed. R. App. P. 27(d)(1)(E), this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

/s/ Nathan J. Moelker
Nathan J. Moelker

## CERTIFICATE OF SERVICE

I, Nathan J. Moelker, hereby certify that on December 17, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants.

/s/ Nathan J. Moelker
Nathan J. Moelker