

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Rm. 7513

Washington, DC 20530

---

Maxwell A. Baldi  (202) 532-0211
maxwellbaldi@usdoj.gov

December 23, 2025

VIA CM/ECF

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   *California v. HHS*, No. 25-2165

Dear Ms. Dubrovsky:

Plaintiffs' suggested in their supplemental brief that this Court "could vacate the preliminary injunction and remand with instructions to the district court to consider the effect of the *Planned Parenthood* decision in the first instance." Supp. Br. 2. Out of an abundance of caution, we write to inform the Court that defendants oppose vacatur and remand for reconsideration in this case. *Cf. Massachusetts Fair Hous. Ctr. v. HUD*, 159 F.4th 90, 91 (1st Cir. 2025) (mem.) (construing a similar suggestion made in a Rule 28(j) letter as a motion to remand and treating the government's decision not to respond to that letter as failing to oppose that "motion").

Remand would be inappropriate here because the asserted rationale is to allow the district court to reconsider a purely legal question on which it has already passed. *See New Hampshire Right to Life PAC v. Gardner*, 99 F.3d 8, 18 (1st Cir. 1996) ("Where the merits comprise a purely legal issue, reviewable de novo on appeal and susceptible of determination without additional factfinding, a remand ordinarily will serve no useful purpose."). That plaintiffs assert (Supp. Br. 4-7) alternate grounds to support the

preliminary injunction only underscores that this Court should resolve the stay motion and then proceed to briefing of defendants' appeal.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

*Of Counsel:*

MICHAEL B. STUART
*General Counsel*

ELIZABETH KELLEY
*Acting Deputy General Counsel*

*U.S. Department of Health and Human Services*

LEAH B. FOLEY
*United States Attorney*

ERIC D. McARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY

/s/ Maxwell A. Baldi
MAXWELL A. BALDI
*Attorneys, Appellate Staff*
*Civil Division, Room 7513*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 532-0211*
*maxwell.baldi@usdoj.gov*

cc:   All counsel of record (by CM/ECF)