IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF CALIFORNIA, *et al.*,
  *Plaintiff-Appellees*,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,
  *Defendants-Appellees*.

No. 25-2165

**UNOPPOSED MOTION FOR
30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Fed. R. App. P. 26(b) and 27, appellants respectfully move for a 30-day extension of time, to and including Friday, March 20, 2026, within which to file their opening brief and the appendix. Counsel for appellees have stated they do not oppose this motion.

1. Pursuant to the briefing notice dated January 9, 2026, appellants' opening brief and the appendix are due on February 18, 2025. Appellants have not requested any prior extensions, and no oral argument date has been set.

2. Maxwell A. Baldi, the attorney primarily responsible for drafting appellants' opening brief, requires additional time to prepare the brief because, in the

coming weeks Mr. Baldi is responsible for drafting the federal government's briefs in *Janssen Pharmaceuticals Inc. v. Kennedy*, No. 25-749 (U.S.) (response to cert. petition due Jan. 22, 2026); *Bristol Myers Squibb Co. v. Kennedy*, No. 25-751 (U.S.) (response to cert. petition due Jan. 22, 2026); *Novo Nordisk Inc. v. Kennedy*, No. 25-761 (U.S.) (response to cert. petition due Jan. 28, 2026); *City of Columbus v. HHS*, No. 25-2012 (4th Cir.) (opening brief due Feb. 4, 2026, as extended); *Boehringer Ingelheim Pharmaceuticals, Inc. v. HHS*, No. 25-761 (U.S.) (response to cert. petition due Feb. 6, 2026); *E.K. v. Department of Defense Education Activities*, No. 25-2497 (4th Cir.) (opening brief due Feb. 11, 2026); and, *Teva Pharmaceuticals v. HHS*, No. 25-5425 (D.C. Cir.) (response brief due Mar. 10, 2026). Mr. Baldi is also responsible for presenting oral argument on behalf of the federal government in *Gun Owners of America v. ATF*, No. 25-5309 (D.C. Cir) (argument set for Jan. 29, 2026); and, *Word v. Department of Energy*, No. 25-10668 (5th Cir.) (argument set for Feb. 3, 2026). Mr. Baldi's work on these matters limits his ability to work on this case before the current briefing deadline.

3. Appellants therefore respectfully request a 30-day extension of time, to and including Friday, March 20, 2026, within which to file their opening brief and the

appendix. A 30-day extension will not appreciably delay resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Government counsel contacted counsel for appellees, who stated that "[p]laintiff states do not object to the extension request."

## CONCLUSION

For the foregoing reasons, appellants' motion for a 30-day extension of time to file their opening brief and the appendix should be granted.

Respectfully submitted,

DANIEL TENNY

/s/ *Maxwell A. Baldi*
MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  maxwell.baldi@usdoj.gov

January 2026

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 395 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

                                                 */s/ Maxwell A. Baldi*
                                                 MAXWELL A. BALDI