# United States Court of Appeals
## For the First Circuit

No. 25-2165

STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

**ORDER OF COURT**

Entered: January 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Centers for Medicare & Medicaid Services, Robert F. Kennedy Jr., Mehmet Oz, and United States Department of Health and Human Services to file a brief and appendix be enlarged to and including **March 20, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jennifer Kate Aaronson, Maxwell A. Baldi, Kyla L. Barranco, Christina L. Beatty-Walters, Katherine Bies, Marc David Brunton, Andrea J. Campbell, Morgan Blair Carmen, Sarah Carroll, Erica Madeline Connolly, David Dana Day, Julia Doyle, Karli Eisenberg, Colleen K. Faherty, Kalikoʻonālani Diara Fernandes, Michael J. Fischer, Lauryn K. Fraas, Aaron M. Frey, Abraham R. George, Neil Giovanatti, Blair J. Greenwald, Gillian Hannahs, Nicole Suzanne Hill, Faye B. Hipsman, Laura Howard, Andrew R.W. Hughes, Sarah A. Hunger, Vanessa L. Kassab, Thomas A. Knowlton, Robert A. Koch, Jonathan D. Koltash, Elizabeth C. Kramer, Ian R. Liston, Donald Campbell Lockhart, James C. Luh, Caitlyn Gulia McEllis, William David McGinty, Janelle Medeiros, Nathan Jeremiah Moelker, Halliday Moncure, Elizabeth Morris, Kate Elizabeth Morrow, David Moskowitz, Daniel Paul Mosteller, Rabia Muqaddam, Andres Ivan Navedo, Peter F. Neronha, Cara Newlon, Elisabeth Neylan, Alma Rose Nunley, Neli Nima Palma, Jessica L. Palmer, Nora Q.E. Passamaneck, Sarah Rice, Jonathan T. Rose, Jordan A. Sekulow, Jennifer Selber, Amy Senier, Galen L. Sherwin, Allyson T. Slater, Heidi Parry Stern, Olivia F. Summers, Daniel Tenny, Elizabeth Themins Hedges, Aimee D. Thomson, Judith N. Vale, Caroline S. Van Zile, Elizabeth R. Walsh, Dorothea Rose Calvano Young