No. 25-2165

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――――――――――――

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF COLORADO; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; the DISTRICT OF COLUMBIA; and JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,

*Defendants-Appellants,*

―――――――――――――――――

On Appeal from an Order of the United States District Court
for the District of Massachusetts (Talwani, J.) in No. 1:25-cv-12118-IT

―――――――――――――――――

## OPPOSITION TO MOTION TO PUBLISH ORDER GRANTING STAY PENDING APPEAL

―――――――――――――――――

## ARGUMENT

On December 30, 2025, this Court stayed the district court's order preliminarily enjoining enforcement of Section 71113, a statute intended to prevent certain reproductive healthcare providers from receiving federal Medicaid funding. *See* Stay Order (Dec. 30, 2025). In granting the stay, the Court concluded—"at this preliminary stage"—that the defendants were likely to prevail on the merits of plaintiffs' Spending Clause challenge. *Id.* at 3. The Court observed that its merits decision in *Planned Parenthood Fed'n of Am. v. Kennedy*, 162 F.4th 155 (1st Cir. 2025) resolved one of plaintiffs' statutory ambiguity arguments, Stay Order 3; that plaintiffs' other asserted ambiguities "are unlikely to render Section 71113 unconstitutional," *id.* at 4; and that plaintiffs' other retroactivity arguments were not properly preserved or likely to succeed, *id.*

Several months after the Court's stay order, plaintiffs dismissed the complaint in the district court. *See* Notice of Voluntary Dismissal Without Prejudice, D. Ct. Dkt. 96 (Mar. 17, 2026). In light of that dismissal, the federal defendants have moved to dismiss this preliminary injunction appeal as moot. *See Chaparro–Febus v. International Longshoremen Ass'n, Local 1575*, 983 F.2d 325, 331 n.5 (1st Cir. 1992). Plaintiffs do not oppose that request.

Defendants also request that the Court publish the Stay Order. The motion should be denied. Defendants have failed to establish that "good cause" supports

1

the request.  1st Cir. R. 36(b)(2)(D).  While this Court has a policy of generally publishing "opinions," 1st Cir. R. 36(b)(1), and sometimes extends that policy to "orders," this Court's "preliminary" evaluation of the issues in the stay posture does not warrant publication.  Stay Order 3, 4.  The Stay Order "does not articulate a new rule of law, modify an established rule, apply an established rule to novel facts or serve otherwise as a significant guide to future litigants."  1st Cir. R. 36(b)(1).  Indeed, the Court resolved one of the statutory ambiguity issues by reference to the published decision in *Planned Parenthood Fed'n of Am.*, 162 F.4th at 171-174; acknowledged that "judicial intervention" may ultimately "be needed to determine" the meaning of the other challenged provisions; and noted that plaintiffs' other arguments were not properly preserved or the basis for the district court's injunction.  *See* Stay Order 3-4.  Thus, the Stay Order, while reasoned, does not settle "what precisely Section 71113 requires."  Mot. to Publish Order 4.

More importantly, defendants fail to establish that these issues "may well recur in the future."  Mot. to Publish Order 4.  Section 71113 represents an unprecedented effort by Congress to defund certain reproductive healthcare providers.  In Medicaid's over sixty-year history, no Congress has ever attempted to defund organizations in a similar manner, using similar terms or approaches to identifying prohibited entities.  *See, e.g.*, Dist. Ct. Dkt. 84 at 32-33.  The statute will also expire by its express terms in four months on July 4, 2026.  *See* Pub. L.

2

No. 119-21, § 44126, 138 Stat. 482 (2025).  Given that the statute will sunset shortly, the Stay Order should have limited practical utility to future litigants.

## CONCLUSION

Defendants' request to publish the Stay Order should be denied.

Date:  March 30, 2026

Respectfully Submitted,

**ANDREA JOY CAMPBELL**
*Attorney General*
Commonwealth of Massachusetts

**ROB BONTA**
*Attorney General*
State of California

*/s/ Allyson Slater*
ALLYSON SLATER
*Director, Reproductive Justice Unit*
MORGAN CARMEN
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

By: */s/ Cara M. Newlon*
SAMUEL T. HARBOURT
*Solicitor General*
HELEN H. HONG
*Principal Deputy Solicitor General*
CARA M. NEWLON (1221191)
*Deputy Solicitor General*
NELI PALMA
*Senior Assistant Attorney General*
KARLI EISENBERG (1219318)
*Supervising Deputy Attorney General*
ERICA CONNOLLY (1220259)
GILLIAN HANNAHS (1220331)
*Deputy Attorneys General*
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6529
cara.newlon@doj.ca.gov
*Attorneys for Plaintiff State of California*

3

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Judith N. Vale*
BARBARA D. UNDERWOOD
*Solicitor General*
JUDITH N. VALE (1216034)
*Deputy Solicitor General*
GALEN SHERWIN
*Special Counsel for Reproductive Justice*
RABIA MUQADDAM (1190169)
*Chief Counsel for Federal Initiatives*
BLAIR J. GREENWALD (1220378)
*Assistant Solicitor General*
ANDRES IVAN NAVEDO
*Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(212) 416-8020
*Attorneys for Plaintiff State of New York*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Alma Nunley*
ALMA NUNLEY (1220038)
*Special Counsel for Reproductive Rights*
JANELLE R. MEDEIROS (1215681)
*Special Counsel for Civil Rights*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Alma.Nunley@ct.gov
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

By: */s/ Vanessa L. Kassab*
IAN R. LISTON
*Director of Impact Litigation*
JENNIFER KATE AARONSON
VANESSA L. KASSAB
*Deputy Attorneys General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8803
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ David Moskowitz*
DAVID MOSKOWITZ (1216053)
*Deputy Solicitor General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
David.Moskowitz@coag.gov
*Attorneys for Plaintiff State of Colorado*

4

**BRIAN L. SCHWALB**
Attorney General
District of Columbia

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
*Solicitor General*
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov
*Attorneys for Plaintiff District of Columbia*

**ANNE E. LOPEZ**
Attorney General
State of Hawai'i

*/s/ Kaliko'onālani D. Fernandes*
KALIKO'ONĀLANI D. FERNANDES
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Sarah A. Hunger*
SARAH A. HUNGER (1195404)
*Deputy Solicitor General*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Sarah.hunger@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Thomas A. Knowlton*
THOMAS A. KNOWLTON
*Deputy Attorney General*
6 State House Station
Augusta, Maine 04333-0006
(207) 626-8800
thomas.a.knowlton@maine.gov
*Attorneys for Plaintiff State of Maine*

5

**ANTHONY G. BROWN**
Attorney General
State of Maryland


*/s/ James C. Luh*
JULIA DOYLE
*Solicitor General*
JAMES C. LUH
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov
*Attorneys for Plaintiff State of Maryland*


**DANA NESSEL**
Attorney General
State of Michigan


*/s/ Kyla Barranco*
KYLA BARRANCO
NEIL GIOVANATTI (1215368)
*Assistant Attorneys General*
Michigan Department of Attorney
General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
BarrancoK@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for Plaintiff State of Michigan*


**KEITH ELLISON**
Attorney General
State of Minnesota


*/s/ Elizabeth Kramer*
ELIZABETH KRAMER (1215538)
Solicitor General
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1010
liz.kramer@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey


*/s/ Elizabeth R. Walsh*
ELIZABETH R. WALSH (1215673)
*Deputy Attorney General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Elizabeth.Walsh@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

6

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Amy Senier*
AMY SENIER (1134515)
*Senior Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov
*Attorneys for Plaintiff State of New Mexico*

**JEFF JACKSON**
Attorney General
State of North Carolina

*/s/ Daniel P. Mosteller*
DANIEL P. MOSTELLER (1215539)
*Associate Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**AARON D. FORD**
Attorney General
State of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN (1215554)
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

**DAN RAYFIELD**
Attorney General
State of Oregon

/s/ *Robert Koch*
ROBERT KOCH
*Attorney-in-Charge of Civil & Admin. Appeals*
1162 Court Street, NE
Salem, OR 97301
(503) 378-4402
robert.a.koch@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

**JOSH SHAPIRO,**
in his official capacity as Governor of
the Commonwealth of Pennsylvania

*/s/ Michael J. Fischer*
MICHAEL J. FISCHER (1185506)
*Executive Deputy General Counsel*
JENNIFER SELBER
*General Counsel*
JONATHAN D. KOLTASH
*Deputy General Counsel for Healthcare*
AIMEE D. THOMSON
*Deputy General Counsel*
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov
*Attorneys for Plaintiff Governor Josh
Shapiro*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Sarah W. Rice*
SARAH W. RICE (1205724)
*Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
srice@riag.ri.gov
*Attorneys for the Plaintiff State of
Rhode Island*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE
*Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES (1215542)
LAURYN K. FRAAS
WILLIAM MCGINTY
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for Plaintiff State of
Washington*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

9

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 512 words.  The brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

 Dated: March 30, 2026

*/s/ Cara M. Newlon*
Cara M. Newlon
Deputy Solicitor General

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 30, 2026, I electronically filed the

foregoing with the Clerk of the Court for the United States Court of Appeals for

the First Circuit using the appellate CM/ECF system. Counsel for all parties to the

case are registered CM/ECF users and will be served by the appellate CM/ECF

system.


 Dated: March 30, 2026


                                          */s/ Cara. M. Newlon*
                                          Cara M. Newlon
                                          Deputy Solicitor General